[No. 10406–7–II.   Division Two.   December 28, 1987.]

*In the Matter of the Marriage of* KATHLEEN MARIE HEATH, *Appellant, and* JAMES EUGENE HEATH, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84–3–00681–1, Robert L. Charette, J., entered September 29, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 10130–1–II.   Division Two.   December 28, 1987.]

*In the Matter of the Marriage of* JOYCE K. REED, *Appellant, and* STEVEN J. REED, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–3–03914–8, Thomas A. Swayze, Jr., J., entered June 25, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[No. 9513–1–II.   Division Two.   December 29, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. MARY KATHRYN CORP, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–00244–1, Thomas A. Swayze, Jr., J., entered October 29, 1985. *Vacated* and *remanded* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.